UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12MJ00103-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| NICHOLAS JOSEPH RAMIREZ, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICHOLAS JOSEPH RAMIREZ , Case No. 2:12MJ00103-GGH  , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $__

   __   Unsecured Appearance Bond

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond with Surety

   __   Corporate Surety Bail Bond

   ✔   (Other)        Conditons as previously ordered.


Issued at  Sacramento, CA  on  April 20, 2012  at  3:31 pm  .


                By  /s/ Gregory G. Hollows
                Gregory G. Hollows
                United States Magistrate Judge

Copy 5 - Court