**FILED**
April 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>NICHOLAS JOSEPH RAMIREZ,<br><br>      Defendant. | Case No. 2:12MJ00103-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICHOLAS JOSEPH RAMIREZ , Case No. 2:12MJ00103-GGH  , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    ___  Bail Posted in the Sum of $___

        ___  Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond with Surety

        ___  Corporate Surety Bail Bond

      ✔  (Other)   Conditons as previously ordered.

Issued at  Sacramento, CA  on  April 20, 2012  at  3:31 pm  .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court